**Mitchell KARACHINSKI, Petitioner–Appellant,**

v.

**Brick TRIPP, Respondent–Appellee,**

**and**

**United States of America; United States Federal B.C.P., Respondents.**

No. 14–7288.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2014.

Decided: Nov. 25, 2014.

Mitchell Karachinski, Appellant pro se. Michael Bredenberg, Special Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mitchell Karachinski appeals the district court's order denying his motion for a

sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm the order of the district court. *Karachinski v. Tripp,* No. 5:13–hc–02146–FL (E.D.N.C. July 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*